UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LUIS ORTIZ-FIGUEROA,

    Petitioner,

v().   Case No: 5:21-cv-345-TPB-PRL

WARDEN, FCC COLEMAN –
LOW,

    Respondent.

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner, a federal inmate incarcerated at the Coleman Federal Correctional Complex, initiated this civil action by filing a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Although his Petition is not a picture of clarity, it appears that Petitioner is challenging a federal conviction and sentence obtained in the District of Puerto Rico (*id.* at 4). He argues that his conviction and sentence for the offense of "aiding and abetting [a] firearm" should be vacated because the Supreme Court recently held unconstitutional 18 U.S.C. § 924(c)(3)(B), under which Petitioner contends his sentence was enhanced for having committed a "crime of violence." *Id.* at 5-7 (citing *United States v. Davis*, 139 S. Ct. 2319 (2019)).

Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[i]f

the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the action." *See also* Rule 12, Rules Governing Section 2255 proceedings. The Eleventh Circuit has held that 28 U.S.C. § 2241 is not available to challenge the validity of a sentence except on very narrow grounds. *McCarthan v. Director of Goodwill Industries-Suncoast, Inc.*, 851 F.3d 1076, 1079 (11th Cir. 2017); *Bernard v. FCC Coleman Warden*, 686 F. App'x 730 (11th Cir. 2017) (citing *McCarthan*, 851 F.3d at 1092-93). None of those grounds are present in this case, and thus Petitioner is not entitled to proceed under § 2241. As such, this case is due to be dismissed.

Accordingly, it is

**ORDERED and ADJUDGED**:

This case is **DISMISSED without prejudice**. The **Clerk** shall enter judgment accordingly, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of August, 2021.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

Jax-7
C: Luis Ortiz-Figueroa, #52956-069